FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 17 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No. 1:18-cr-02945-WJ-5

LUCAS MORTON

Defendant.

## MOTION FOR PRO SE LITIGANT RESOURCES

COMES NOW, LUCAS MORTON, PRO SE, requests the following resources for him to be able to adequately prepare his defense for trial:

(1) A private investigator;

(2) Access to legal call privileges for trial preparation and for collaboration with defense counsel (co-counsel);

(3) Access to legal fax machine privileges to send and receive trial preparation material in a timely matter;

(4) Transcription services;

(5) Expert witnesses;

(6) Computer access and printing accessibility so that his pleadings can be submitted professionally

(7) Reimbursement and a budget for expenses such as office supplies and mail services.

(1)

Respectfully Submitted
@UCC1-308
[signature]
Lucas Morton  02-14-2023

Lucas Morton, Booking # 69 5606 1
C.C.C.C. USMS # 00415131
P.O. Box 3540
Milan, NM 87021

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 17 2023

MITCHELL R. ELFERS
CLERK

US District Court
District of NM
OFFICE OF THE CLERK
Suite 270
333 Lomas Blvd. N.W.
Albuquerque, NM 87102

Legal Mail

