IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-2945 WJ |
| | ) | |
| LUCAS MORTON, | ) | |
| | ) | |
| Defendant. | ) | |

## **V E R D I C T**

## **COUNT 1**

WE, THE JURY, find the Defendant, **LUCAS MORTON**, _GUILTY_

(Guilty or Not Guilty)

of Conspiracy to Provide Material Support to Terrorists, as charged in Count 1 of the Indictment.

## **COUNT 2**

WE, THE JURY, find the Defendant, **LUCAS MORTON**, _GUILTY_

(Guilty or Not Guilty)

of Providing Material Support to Terrorists, as charged in Count 2 of the Indictment.

### COUNT 3

*In order to find **LUCAS MORTON** guilty of Conspiracy to Murder an Officer or Employee of the United States, you must determine whether the United States has proven beyond a reasonable doubt that at least one of the charged Defendants committed at least one of the following alleged acts in furtherance of the conspiracy. As for **LUCAS MORTON** and each alleged act, if the jury is unanimous that the United States proved beyond a reasonable doubt that **LUCAS MORTON** committed the act, the jury foreperson shall write "true" in the blank next to the alleged act. If the jury cannot agree that the United States proved the alleged act, do not fill in the blank next to the alleged act.*

WE, THE JURY, find the Defendant, **LUCAS MORTON**, ___GUILTY___

(Guilty or Not Guilty)

of Conspiracy to Murder an Officer or Employee of the United States, as charged in Count 3 of

the Indictment.

| | |
|---|---|
| _____ | In or about December 2017, **LUCAS MORTON** traveled with others from the State of Alabama to the State of New Mexico in a vehicle owned by **LUCAS MORTON**, while armed with firearms and ammunition. |
| *TRUE* | In or between December 2017 and August 2018, in the District of New Mexico, **LUCAS MORTON** built and maintained a compound comprised of materials such as a wooden frame, a trailer, plastic tarps, and tire walls and barriers. |
| *TRUE* | In or between December 2017 and August 2018, in the District of New Mexico, **LUCAS MORTON** stored firearms and ammunition on the compound. |
| *TRUE* | In or between December 2017 and August 2018, in the District of New Mexico, **LUCAS MORTON** built a firing range on the compound. |
| *TRUE* | In or between December 2017 and August 2018, in the District of New Mexico, **LUCAS MORTON** dug an underground tunnel leading away from the compound. |
| *TRUE* | In or between December 2017 and August 2018, in the District of New Mexico, **LUCAS MORTON** possessed and shot a firearm on the compound's firing range. |

2

TRUE          In or about December 2017, in the District of Georgia, **LUCAS MORTON** solicited one of **SIRAJ IBN WAHHAJ's** relatives to join the occupants of the compound in the State of New Mexico, to bring money and firearms, and to die as a martyr.

                   In or between December 2017 and August 2018, in the District of New Mexico, **LUCAS MORTON** trained persons, including other members of the compound, in using firearms and performing tactical maneuvers.

## COUNT 4

WE, THE JURY, find the Defendant, **LUCAS MORTON**, _____GUILTY_____
(Guilty or Not Guilty)

of Conspiracy to Commit Kidnapping, as charged in Count 4 of the Indictment.

*If you find **LUCAS MORTON** guilty of Conspiracy to Commit Kidnapping, you must determine whether the United States has proven beyond a reasonable doubt whether the kidnapping resulted in ABDUL GHANI WAHHAJ's death. If the jury is unanimous that the United States proved beyond a reasonable doubt that **LUCAS MORTON** committed the act of Conspiracy to Commit Kidnapping that resulted in death, the jury foreperson shall write "yes" or "no" in the blank next to the following questions. If the jury cannot unanimously agree on the answer to this question, do not fill in the blank next to the follow-up question.*

The kidnapping resulted in ABDUL GHANI WAHHAJ's death. ___YES___

## COUNT 5

WE, THE JURY, find the Defendant, **LUCAS MORTON**, ___GUILTY___

(Guilty or Not Guilty)

of Kidnapping, as charged in Count 5 of the Indictment.

*If you find **LUCAS MORTON** guilty of Kidnapping, you must determine whether the United States has proven beyond a reasonable doubt whether the kidnapping resulted in ABDUL GHANI WAHHAJ's death. If the jury is unanimous that the United States proved beyond a reasonable doubt that **LUCAS MORTON** committed the act of Kidnapping, the jury foreperson shall write "yes" or "no" in the blank next to the following question. If the jury cannot unanimously agree on the answer to this question, do not fill in the blank next to the follow-up question.*

The kidnapping resulted in ABDUL GHANI WAHHAJ's death. ___YES___

Dated this ___17___ day of October, 2023.

___FOREPERSON___

4